### April 10, 2015

| | | |
|---|---|---|
| CAAP–12–00 01021 | Ruh v. State | Affirmed |
| CAAP–13–00 03038 | State v. Lund | Affirmed |